COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Dene Ray McCarter v. The State of Texas

Appellate case number:    01-15-00399-CR

Trial court case number:   1391752

Trial court:                      122nd District Court of Galveston County

On April 12, 2016, this Court affirmed the judgment of conviction of the appellant, Dene Ray McCarter, who was represented by appointed counsel on direct appeal. Although no motion for rehearing was timely filed, appellant filed a *pro se* motion for extension of time to file a petition for discretionary review, which was granted by the Texas Court of Criminal Appeals on May 20, 2016, until July 11, 2016. This Court's mandate has not yet issued. *See* TEX. R. APP. P. 18.1(a)(1)(B).

On June 10, 2016, appellant, proceeding *pro se* and incarcerated, filed a motion in this Court requesting that a copy of the clerk's and reporter's records be sent to him. Indigent criminal appellants are not entitled to the assistance of appointed counsel to file a petition for discretionary review after a direct appeal to the court of appeals. *See* TEX. CODE CRIM. PROC. ANN. ART. 1.05(d)(2) (West Supp. 2015); *Peterson v. Jones*, 894 S.W.2d 370, 373 (Tex. Crim. App. 1995).

Accordingly, the Court **grants** appellant's motion and **ORDERS** the trial clerk, no later than **10 days** from the date of this Order, to provide a copy of the clerk's and reporter's records to the *pro se* appellant, without charge. The trial clerk shall further certify to this Court, **within 15 days** of the date of this Order, the date when delivery is made.

It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley

☒  Acting individually

Date:  June 16, 2016